# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2018

156317

SUZANNE RUBBA and DANIEL
LeBLANC, Personal Representatives for
the Estate of PATRICIA E. LeBLANC,
      Plaintiffs-Appellants,

v

EUGENE J. AGNONE, M.D., and MICHIGAN
CANCER SPECIALISTS, PLC,
      Defendants-Appellees,

and

CHAKRPANI RANGANATHAN, M.D.,
MICHAEL F. ROMANELLI, M.D., MACOMB
NEUROLOGY ASSOCIATES, PC, and
WOODS CARDIOVASCULAR INTERNAL
MEDICINE ASSOCIATES, PC,
      Defendants.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156317
COA: 330330
Macomb CC: 2013-002255-NH

On order of the Court, the application for leave to appeal the July 6, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., would grant leave to appeal.

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2018



d0321

Clerk